IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUAN MCCLENDON**                                                                                          **PLAINTIFF**

v.                                     Case No. 4:21-cv-00823-KGB

**STEVEN BERNARD, individually and in his
official capacity as Chief Hearing Officer of Arkansas
Appeals Tribunal, CHARISSE CHILDERS, Ph.D.,
individually and in her official capacity as Director
of Arkansas Division of Workforce Services, and
ARKANSAS DIVISION OF WORKFORCE SERVICES**                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Juan McClendon's complaint is dismissed without prejudice (Dkt. No. 2). The Court denies the relief requested. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this the 29th day of November, 2021.

_____
Kristine G. Baker
United States District Judge